AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

J&J Sports Productions, Inc.

                Plaintiff,

V.

Gonzalez Marquez Family Corporation, et al

                Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00313-PMP-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

default judgment is hereby entered in favor of Plaintiff, J&J Sports Productions, Inc.
and against Defendants,
Gonzalez Marquez Family Corporation d/b/a/ Mariscos Vallarta,
and Jose J. Gonzalez, Individually and d/b/a Mariscos Vallarta.

April 18, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk