◎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

J&J Sports Productions, Inc.

                       Plaintiff,

          V.

Gonzalez Marquez Family Corporation, et al

                   Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00313-PMP-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

default judgment is hereby entered in favor of Plaintiff, J&J Sports Productions, Inc.
and against Defendants,
Gonzalez Marquez Family Corporation d/b/a/ Mariscos Vallarta,
and Jose J. Gonzalez, Individually and d/b/a Mariscos Vallarta.

April 18, 2013                                                  /s/ Lance S. Wilson

Date                                                                                      Clerk

                                                                                        /s/ Molly Morrison

                                                                                       (By) Deputy Clerk