Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone: (702) 445-7000
Fax: (702) 385-7743
Email: ron@reynoldslawyers.com
mac@reynoldslawyers.com

**Attorneys for Plaintiff**
J&J SPORTS PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | Case No.: 2:13-cv-0313 |
| Plaintiff, | |
| vs. | **JUDGMENT BY DEFAULT (PROPOSED)** |
| **GONZALEZ MARQUEZ FAMILY CORPORATION, A NEVADA CORPORATION DBA MARISCOS VALLARTA; AND JOSE J. GONZALEZ, INDIVIDUALLY AND DBA MARISCOS VALLARTA,** | |
| Defendants. | |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, this Honorable Court entered its Decision granting Default Judgment in a Civil Case On April 18, 2013. Based upon the Complaint herein, and good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants be held liable to Plaintiff for damages as follows:

a. For the Violation of Title 47 U.S.C. § 605(e)(3)(c)(i)(II):    $    10,000

b. For the Violation of Title 47 U.S.C. § 605(e)(3)(c)(ii):    $    100,000

c. For the Tort of Conversion:    $    4,200

                                        Total: $    114,200

1

and it is further **ORDERED AND ADJUDGED** that Plaintiff may submit its request for costs and attorneys' fees within 14 days of the entry of this Order.

**It is so ordered**:

DATED this __ 17th day of May, 2013.

_____
**Honorable  Phillip M. Pro
United States District Court Judge**

**Submitted by:**

**REYNOLDS & ASSOCIATES**
RONALD H. REYNOLDS, ESQ.
State Bar No. 827
MATTHEW M. REYNOLDS, ESQ.
State Bar No. 12268

BY: /s/  MATTHEW M. REYNOLDS
Matthew M. Reynolds, Esq.
823 Las Vegas Boulevard South, #280
Las Vegas, Nevada 89101
Attorneys for Plaintiff

2